# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff(s) vs. QUALITY EGG, LLC, AUSTIN DECOSTER, & PETER DECOSTER, Defendant(s) | **HEARING MINUTES** Sealed: No |
|---|---|
| | Case No.: 14-CR-3024-MWB |
| | Presiding Judge: Mark W. Bennett |
| | Deputy Clerk: /s/ David Waterman |
| | Court Reporter: Shelly Semmler  Contract? No (If yes, send copy to financial) |
| | Recording: Yes  Method: FTR Gold |

| Date: 04/13/2015 | Start: 9:00 a.m. | Adjourn: 2:53 p.m. | Courtroom: Donald E. O'Brien Courtroom |
|---|---|---|---|
| Recesses: 11:05 am-11:30 am; 1:11 p.m.-2:00 p.m. | | Time in Chambers: | Telephonic? No |
| Appearances: | Plaintiff(s): Peter E Deegan, Jr., Lis Hsiao, and Chris Parisi | | |
| | Defendant(s): Stuart J. Dornan (Peter DeCoster); Tom Green, Mark Hopson, Frank R. Volpe (Austin DeCoster and Quality Egg, LLC) | | |
| | U.S. Probation: Daren Schumaker | | |
| | Interpreter: | Language:  Certified:  Phone | |

**TYPE OF PROCEEDING:** IS THE HEARING  Contested? Yes  Continued from a previous date? No

**SENTENCING:**

| Objections to PSIR: | | Ruling: | |
|---|---|---|---|
| Motions to vary/depart: | | Ruling: | |
| Count(s) dismissed: | | | |
| Sentence (See J & C): | (1) Quality Egg, LLC is put on probation for three years and ordered to pay restitution in the amount of $83,008.19 (pursuant to the stipulated restitution in Exhibit 8); (2) Austin DeCoster is sentenced to 3 months in prison; (3) Peter DeCoster is sentenced to 3 months in prison. | | |
| | Fine: | 1. Quality Egg's fine is for 6 million, $790,00.00 (already paid); 2. Fine of $100,000 for DeCosters (already paid). | Special assessment: | 1. Quality Egg is to pay $400.00 on Counts 1 and 2 and $125.00 on Count 3 (already paid); 2. Special assessments of $25.00 for Ds (already paid). |
| | Supervised Release: | Austin DeCoster is ordered to be on supervised release for one year following prison term; Peter DeCoster is ordered to be on supervised release for one year following prison term. | | |
| | Court's recommendations (if any): | Court recommends that Ds serve time in minimum security BOP facility or county jail based on term of imprisonment. Ds are released pending appeal. For Austin DeCoster, Court will recommend a federal facility as close to Clarion, IA as possible. For Peter DeCoster, Court will recommend Yankton, SD. Austin DeCoster will serve his term first and Peter DeCoster will serve his term second. | | |
| | Defendant is | Not detained | and shall report | in accordance with what the Ds are told by the BOP |

|  |  |  |  | and U.S. Marshalls. |
|---|---|---|---|---|
| **Witness/Exhibit List is** | | | (1) G's exhibits 1-6, 8, and 8a (admitted) (to be filed) (8 is offered under seal); (2) D and D2's (Quality Egg and Austin DeCoster) exhibits A-K (admitted) (A-J filed docket no. 100, K filed docket no. 111) (no exhibits were filed under seal); and D3's (Peter DeCoster) exhibits 1-13 (admitted) (1-11 filed docket no. 98, 12 filed docket no. 106, 13 filed docket no. 109) (13 is offered under seal). | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | | | | |
| **Miscellaneous:** | | Victim representative spoke on behalf of his child. | | |